Nov. Term,
1861.

GALBRETH *v.* GASKIN.

GRIFFIN
v.
TEMPLETON.

*Wednesday,
December* 4.

APPEAL from the *Grant* Common Pleas.

*Per Curiam.*—The trial of this cause was had at the *February* term, 1860, of the Court below. Sixty days were given, in which to file bills of exceptions. They were not filed within the sixty days, inclusive. The judge had no power to file them after the expiration of the sixty days; and, hence, they are no part of the record.

The judgment is affirmed, with 1 per cent. damages and costs.

*A. Steele, II. D. Thompson* and *J. Brownlee,* for the appellant.

*Isaac Van Devanter* and *J. F. McDowell,* for the appellee.